TFH/EEN: USAO 2024R00322

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** 24-cr-00188-TDC |
| **v.** | * | |
| | * | **(Involuntary Manslaughter,** |
| **KAMEL HAY,** | * | **18 U.S.C. §§ 7 and 1112(b);** |
| | * | **Driving Under the Influence of** |
| **Defendant** | * | **Alcohol, 36 C.F.R. § 4.23;** |
| | * | **Reckless Driving,** |
| | * | **36 C.F.R. § 4.2, Assimilating Md.** |
| | * | **Transp. Art. § 21-901.1)** |
| | * | |

*******

USDC- GREENBELT
'24 JUN 6 PM4:01

**INDICTMENT**

**COUNT ONE**
**(Involuntary Manslaughter)**

The Grand Jury for the District of Maryland charges that:

On or about February 5, 2022, in the District of Maryland, the defendant,

**KAMEL HAY**,

on lands within the special maritime and territorial jurisdiction of the United States, did unlawfully kill Victim One in the commission of an unlawful act not amounting to a felony, to wit: (1) operating a motor vehicle while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood, and (2) driving a vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property, in violation of 36 C.F.R. §§ 4.23 and 4.2, assimilating Md. Transp. Art. § 21-901.1(a).

18 U.S.C. § 1112(b)
18 U.S.C. § 7

**COUNT TWO**
**(Driving Under the Influence of Alcohol)**

The Grand Jury for the District of Maryland further charges that:

On or about February 5, 2022, in the District of Maryland, the defendant,

**KAMEL HAY,**

on lands administered by the National Park Service, did operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation and while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood.

36 C.F.R. § 4.23

**COUNT THREE**
**(Reckless Driving)**

The Grand Jury for the District of Maryland further charges that:

On or about February 5, 2022, in the District of Maryland, the defendant,

**KAMEL HAY,**

on lands administered by the National Park Service, did drive a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-901.1(a)

EN

Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Date: 6-6-24