```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
                      NORTHERN DISTRICT

- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA         :
                                :
      v.                         :    Criminal No. 22-1945-TJS
                                :
KAMEL DONNELL HAY,               :
                                :
          Defendant.             :
                                :
- - - - - - - - - - - - - - - - x    February 5, 2022

                                     Baltimore, Maryland
```

**TELEPHONIC BLOOD DRAW WARRANT**

BEFORE:   THE MAGISTRATE JUDGE TIMOTHY J. SULLIVAN

APPEARANCES:            Sergeant Matthew Manning
                        United States National Park Police

Transcription Company:  CompuScribe
                        P.O. Box 789
                        Cheltenham, Maryland  20623-9998
                        (301) 577-5882

Proceeding recorded by electronic sound recording,
transcript produced by transcription service.

*CompuScribe*
*(301) 577-5882*

P R O C E E D I N G S

(Whereupon, at 6:40 a.m., the call began.)

THE COURT: Good morning, it is Master Judge Tim Sullivan. It is February 5th, 2022 at 6:40 a.m. I have been contacted by the United States Park Police for a blood draw warrant. This matter is being recorded pursuant to our protocols. And you told me this call has been approved by Assistant U.S. Attorney Weisman.

SERGEANT MANNING: Yes, sir.

THE COURT: And are you the affiant?

SERGEANT MANNING: Yes.

THE COURT: All right, so can you just give me your name for the record again.

SERGEANT MANNING: Yes, my name is Matthew Manning, and that is spelled M-a-n-n-i-n-g. I am a Sergeant with the United States Park Police.

THE COURT: Let me swear you in.

(Whereupon, Sergeant Matthew Manning was sworn.)

SERGEANT MANNING: Yes, sir, I do.

THE COURT: All right. Could you tell me the name of the person subject to the warrant including any identification?

SERGEANT MANNING: Yes. So this is from a Maryland Driver's license. Last name of Hay. Spelled H-a-y. First Kamel, spelled K-a-m-e-l. Middle of Donnell, spelled

1   D-o-n-n-e-l-l.  Date of birth of xx/xx of xxxx.  He is 5'8",
2   180 pounds.  Maryland Driver's license number H-000-461-149-
3   xxx.
4           THE COURT:  And can you tell me the probable cause
5   for the warrant, to include date, time and location of the
6   incident?
7           SERGEANT MANNING:  Yes.  So at approximately 0441
8   hours, United States Park Police Baltimore Washington Parkway
9   station dispatch to the area of Northbound Baltimore
10  Washington Parkway just south of Interstate 95, 495 otherwise
11  known as the Capital Beltway for a motor vehicle collision.
12          Units arrived on scene and they observed a Ford
13  Mustang sedan that was between the wood line on the east side
14  of the roadway that sustained significant damage throughout
15  the entire body.  In the front passenger seat, they located
16  an adult male that was deceased.  He was crushed into that
17  portion of the vehicle due to the intrusion of multiple trees
18  that it struck.
19          They observed a black male, who was later
20  identified as Kamel Hay standing just west of the vehicle on
21  the shoulder of the roadway, speaking with a witness that
22  observed the entire crash.  They observed Mr. Hay exit from
23  the driver seat of the vehicle.  That coupled with the
24  extensive damage showed that he was operating the vehicle at
25  the time of the incident.

| | |
|---|---|
| 1 | Mr. Hay was transported from the scene to Capital |
| 2 | Regional Medical Center for medical treatment by Prince |
| 3 | George's County Fire Department.  Upon arrival at the |
| 4 | hospital, the affiant spoke with Mr. Hay in the trauma ward |
| 5 | at the hospital.  Mr. Hay stated that he had been out at Q |
| 6 | Libra, a night club in Washington, D.C., admitted to drinking |
| 7 | "two cups of liquor" but he was unsure of the exact quantity |
| 8 | and the type of liquor. |
| 9 | While he was speaking, I could detect a faint odor |
| 10 | of an alcoholic beverage emanating from his breath while he |
| 11 | was laying in the hospital bed.  No standardized field |
| 12 | sobriety testing was detected due to his medical condition |
| 13 | and the fact that was mobilized on a stretcher.  He says that |
| 14 | he left -- he is unsure of the time he left the nightclub but |
| 15 | he headed to D.C. at 11 p.m., and all of the drinks that he |
| 16 | consumed were at the nightclub. |
| 17 | THE COURT:  And did he -- did he not agree to take |
| 18 | a blood test? |
| 19 | SERGEANT MANNING:  I did not ask him for consent |
| 20 | just based on his medical condition and any discrepancies in |
| 21 | trying to say that he would understand or anything.  I just |
| 22 | took the warrant route. |
| 23 | THE COURT:  All right.  So, what was his medical |
| 24 | condition? |
| 25 | SERGEANT MANNING:  So he was -- he had a CAT scan |

 1  and they are still waiting for the results of that.  The

 2  hospital believes it is relatively minor injuries with all

 3  things considered for the crash.

 4          THE COURT:  Okay.  That is fine.  All right,

 5  anything else, Sergeant?

 6          SERGEANT MANNING:  No, sir.

 7          THE COURT:  All right, I find there is probable

 8  cause based on the representations of Sergeant Manning.

 9  Probable cause to justify the issuance of the warrant for the

10  drawing of the blood of Kamel Donnell Hay.  And at this time

11  based on the information communicated to me over the

12  telephone, my time is 6:45 and I will get a warrant out as

13  soon as I can.

14          What is your e-mail address?

15          SERGEANT MANNING:  Yes.  It is Matthew,

16  M-a-t-t-h-e-w, underscore, Manning, M-a-n-n-i-n-g @NPS,

17  North, Paul, Sam, .gov.

18          THE COURT:  All right Sergeant, I will get this out

19  to you as quick as I can.

20          SERGEANT MANNING:  Okay, do you want me to stand by

21  until I get it or am I good to go now?

22          THE COURT:  Oh, you are good to go now.

23          SERGEANT MANNING:  All right, perfect.

24          THE COURT:  Thank you.  All right.  Bye.

25          SERGEANT MANNING:  I will get that back to you as

1   soon as I can. Thank you.

2           THE COURT:  No problem.

3           SERGEANT MANNING:  All right.

4       (Whereupon, at 6:45 a.m., the call concluded.)

# C E R T I F I C A T E

     I hereby certify that the foregoing is a correct transcript from the duplicated electronic sound recording of the proceedings in the above-entitled matter.

/s/ Lisa N. Contreras    1/9/2025
_____
Lisa N. Contreras              Date
Certified Transcriber, CompuScribe
Certificate No.:  CET**D-1251

Case 8:22-mj-01845-DJS Document 4-1 Filed 01/10/25 Page 7 of 7